

# SOCIETE D'EQUIPMENTS INTERNATIONAUX NIG. LTD

BLOCK A FLAT 3, 5 SAPELE STREET GARKI 2, ABUJA. FCT NIGERIA
Tel: +234 708 823 5632 Email: sci_sarl@yahoo.fr

## CONTRACT CANCELLATION

To: Dolarian Capital, Inc

1284 west Shaw Avenue Suite 102 FresnoC

From: SOCIETE D'EQUIPMENTS INTERNATIONAUX NIG. LTD

To whom it may concern,

We are sorry to inform you that we are cancelling our contract negotiations with your company due to these two key reasons below. We are kindly requesting you to refund the total money of eight million, six hundred and eighteen thousand, six hundred and fourty six dollars, fifty seven cents (8,618,646.57 USD ).

1. The constant delay of execution of the contract.
2. Failure to obtain export license from the seller.

Prague 07/05/2015

Mr. H Aboubacar