Barry L. Goldner, SBN 107126
Christopher E. Dominguez, SBN 193850
KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:   661-326-0418
Email:       bgoldner@kleinlaw.com
             cdominguez@kleinlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN <br><br> Defendants. | Case No. _____ <br><br> SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.'s DISCLOSURE OF RELATED ENTITIES <br><br> [F.R.C.P. RULE 7.1] <br><br> Complaint filed: _____ |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff SOCIETE

D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD., a private limited company

organized under the laws of Nigeria, states it does not have any parent corporation and

no publicly held corporation owns 10% or more of plaintiff's stock.

Dated:  October 9, 2015                          KLEIN, DeNATALE, GOLDNER,
                                                 COOPER, ROSENLIEB & KIMBALL, LLP


                                        By:   /s/ Christopher E. Dominguez
                                              CHRISTOPHER E. DOMINGUEZ
                                              Attorneys for Plaintiff