UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLARIAN CAPITAL, INC.; and ARA G. DOLARIAN;<br><br>　　　　Defendants. | No. 1:15-cv-01553-GEB-SKO<br><br>**ORDER STRIKING DEFENDANT DOLARIAN CAPITAL, INC.'S ANSWER** |

Defendants Ara G. Dolarian and Dolarian Capital, Inc. filed a joint Answer to the Complaint *in propria persona* on November 18, 2015. (ECF No. 11.) However, a corporation and other business entity is only permitted to appear in federal court through counsel. See E.D. Cal. R. 183(a); Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.").

Therefore, the Answer is stricken as to Defendant Dolarian Capital, Inc. See Rojas v. Hawgs Seafood Bar, Inc., No. C08-03819, 2009 WL 1255538, at *1 (N.D. Cal. 2009) ("When a

1

corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it.").

Dated: November 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge