UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIM | No.  1:15-cv-01553-GEB-SKO<br><br>**ORDER** |

Since Defendant Ara G. Dolarian is proceeding *in pro per* and Plaintiff is prosecuting this matter as a default proceeding against Defendant Dolarian Capital, Inc.,[1] this case is referred to the assigned magistrate judge consistent with how Sacramento cases are handled under Local Rule 302(c)(21) to effectuate uniformity in how *pro se* cases are handled by the undersigned judge. Any date currently scheduled before the undersigned judge is VACATED.

Dated:  December 7, 2015

                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge

---

[1] A clerk's entry of default was filed as to Defendant Dolarian Capital, Inc. on November 30, 2015. (ECF No. 16.)

1