Barry L. Goldner, SBN 107126
Christopher E. Dominguez, SBN 193850
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:   661-395-1000
Facsimile:   661-326-0418
Email:      bgoldner@kleinlaw.com
            cdominguez@kleinlaw.com

Attorneys for Plaintiff and Counterclaim Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.,<br><br>                    Plaintiff,<br><br>        v.<br><br>DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN<br><br>                    Defendants. | Case No. 1:15-cv-01553-GEB-SKO<br>Hon. Sheila K. Oberto<br><br>**RESPONSE TO COURT'S JANUARY 7, 2016 ORDER TO FILE REVISED PROOF OF SERVICE RE NOTICE OF MOTION TO DISMISS AND MOTION TO DISMISS** |
| DOLARIAN CAPITAL, INC., Defendant and ARA G. DOLARIAN Counterclaim Plaintiff and Defendant and 3rd Party Plaintiff<br><br>        v.<br><br>SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD., Counterclaim Defendant, and Amanda Giovanni, 3rd Party Defendant | |

    In response to the Court's January 7, 2016 Minute Order ordering that a revised proof of service indicating the address where the Notice of Motion to Dismiss and Motion to Dismiss were served, please see the Amended Certificate of Service attached hereto **Exhibit "A."**

1

2

3   Dated: January 7, 2016                    KLEIN, DENATALE, GOLDNER,
                                           COOPER, ROSENLIEB & KIMBALL, LLP
4

5                                 By:   /s/ Christopher E. Dominguez
                                       CHRISTOPHER E.  DOMINGUEZ
6                                      Attorneys for Plaintiff and Counterclaim
                                       Defendant
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

3HW4035                                                     RESPONSE TO COURT'S ORDER

**AMENDED CERTIFICATE OF SERVICE**

I, Laura Butterbredt, hereby declare:

I am employed in the County of Kern, California in the office of a member of the bar of this court whose direction the following service was made.  I am over the age of eighteen years and not a party to the within action.  My business address is 4550 California Avenue, Second Floor, Bakersfield, California 93309.

On December 9, 2015, I caused the following documents, described as:

**NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM OF ARA G. DOLARIAN**

to be served via GSO overnight mail and United States Mail as follows:

Ara G. Dolarian                                **(NOT RETURNED BY U.S. POSTAL SERVICE)**
1284 W. Shaw Avenue, #102
Fresno, CA  93711

Dolarian Capital, Inc.                         **(RETURNED BY U.S. POSTAL SERVICE)**
191 W. Shaw Avenue, #205
Fresno, CA  93704

Ara G. Dolarian                                **(RETURNED BY U.S. POSTAL SERVICE)**
191 W. Shaw Avenue, #205
Fresno, CA  93704

I declare under penalty of perjury that the above is true and correct.  Executed on January 7, 2016, in Bakersfield, California.

　　　　　　　　　　　　　　　　*/s/ Laura Butterbredt*
　　　　　　　　　　　　　　　　Laura Butterbredt

1

**CERTIFICATE OF SERVICE**

2

I, Laura Butterbredt, hereby declare:

3

I am employed in the County of Kern, California in the office of a member of the bar of

4

this court whose direction the following service was made.  I am over the age of eighteen years

5

and not a party to the within action.  My business address is 4550 California Avenue, Second

6

Floor, Bakersfield, California 93309.

7

8

On January 7, 2016, I caused the following documents, described as:

9

**AMENDED CERTIFICATE OF SERVICE**

10

 to be served via United States Mail as follows:

11

Dolarian Capital, Inc.
1284 W. Shaw Avenue, #102

12

Fresno, CA  93711

13

Ara G. Dolarian

14

1284 W. Shaw Avenue, #102
Fresno, CA  93711

15

16

Dolarian Capital, Inc.
191 W. Shaw Avenue, #205

17

Fresno, CA  93704

18

Ara G. Dolarian

19

191 W. Shaw Avenue, #205
Fresno, CA  93704

20

21

I declare under penalty of perjury that the above is true and correct.  Executed on January

22

7, 2016, in Bakersfield, California.

23

_/s/ Laura Butterbredt_

24

Laura Butterbredt

25

26

27

28

3HW4035                                                                                              RESPONSE TO COURT'S ORDER