# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN,<br><br>Defendants.<br>_____/ | Case No. 1:15-CV-01553-GEB-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COUNTERCLAIM BE DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND**<br><br>(Doc. 23) |

On October 9, 2015, Plaintiff Societe d'Equipments Internationaux Nigeria, Ltd. ("SEI") filed a complaint against Defendants Dolarian Capital, Inc. ("DCI") and Ara G. Dolarian ("Dolarian") (collectively "Defendants"). (Doc. 1.) On November 18, 2015, proceeding pro se, Dolarian filed an answer "by and for himself and on behalf of [DCI]," a Counterclaim for breach of contract against SEI, and a third-party complaint against Amanda Giovanni, a defense contractor. (Docs. 11; 12.) On November 30, 2015, this Court struck the answer as to DCI pursuant to Local Rule 183(a), which prohibits a corporation or other business entity from appearing in federal court without counsel, and entered default against DCI. (Docs. 15; 16.) On December 9, 2015, SEI filed a motion to dismiss the Counterclaim on the grounds that Dolarian lacks standing to assert his counterclaim for breach of contract against SEI. (Doc. 18; *see also* Doc. 21 (demonstrating proper service of notice upon Defendants).)

On January 12, 2016, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Counterclaim be dismissed with prejudice and without leave to amend. (Doc. 23.) Plaintiff was granted twenty-eight (28) days in which to file objections to the findings and recommendation. (Doc. 23, p. 9.) No objections have been filed. (*See* Docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 12, 2016, are ADOPTED IN FULL; and
2. Defendant Ara G. Dolarian's Counterclaim is DISMISSED.

Dated: February 16, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge