Barry L. Goldner, SBN 107126
Christopher E. Dominguez, SBN 193850
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:    661-395-1000
Facsimile:    661-326-0418
Email:         bgoldner@kleinlaw.com
               cdominguez@kleinlaw.com

Attorneys for Plaintiff SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN, <br><br> Defendants. | Case No. 1:15-cv-01553-DAD-SKO <br><br> **STIPULATED MOTION TO EXTEND FACT DISCOVERY DEADLINE AND MODIFY EXPERT DISCOVERY DISCLOSURE DATES** |

Plaintiff Societe D'Equipments Internationaux Nigeria, Ltd. (SEI) and Defendant Ara G. Dolarian (*pro se*) hereby stipulate to an extension of the deadline for fact discovery and the modification of deadlines for expert discovery as follows:

WHEREAS, the Court's Scheduling Order of February 24, 2016, provides deadlines of July 4, 2016, for non-expert discovery, and October 14, 2016, for expert discovery;

WHEREAS, the parties have engaged in an initial exchange of written discovery requests and responses (Declaration of Christopher E. Dominguez, ¶ 4).;

WHEREAS, on May 11, 2016, SEI served Ara Dolarian with (1) an Amended Notice of Deposition of Ara G. Dolarian, with the deposition set for May 31, 2016, and (2) an Amended Notice of Service of Subpoena on Dolarian Capital, Inc. (Dominguez Decl., ¶ 5, **Exs. A and B**.);

1  WHEREAS, on May 12, 2016, pursuant to Fed. R. Civ. Proc. 45, SEI hand-served an
2  amended deposition subpoena for testimony and production of documents on Dolarian Capital,
3  Inc. (DCI), by serving Ara Dolarian as agent for DCI, with the deposition set for June 1, 2016
4  (Dominguez Decl., ¶ 6, **Ex. C** (with proof of service attached).);

5  WHEREAS, Ara Dolarian subsequently informed SEI counsel that Mr. Dolarian is
6  travelling abroad and will not be able to attend the deposition on the date set in the notice of
7  deposition and that he may not be returning to Fresno until mid-June 2016 or later (Dominguez
8  Decl., ¶ 7, **Exs. D and E**.);

9  WHEREAS, the Parties are also engaged in meet and confer sessions regarding the
10 responses to the written discovery and it is appears the parties may not be able to reach resolution
11 without Court intervention (Dominguez Decl., ¶ 8.);

12 WHEREAS, considering the foregoing, a non-expert discovery deadline of July 4, 2016,
13 may not provide the parties sufficient time to bring any disputes to the Court for resolution related
14 to either depositions or written discovery prior to the non-expert discovery cut-off;

15 WHEREAS, the parties do not contemplate the need for retention of experts in this action
16 and, as such, can modify the expert discovery dates without requiring an extension of the expert
17 discovery deadline; and

18 WHEREAS, the requested extension will not require a continuance of the trial date set for
19 June 6, 2017.

**STIPULATION**

21 THEREFORE, it is hereby stipulated and agreed by the parties, as follows:
22 1. The deadline for non-expert discovery shall be extended to August 15, 2015;
23 2. Expert disclosures, if any, shall be made by August 22, 2016; and
24 3. Supplemental Expert disclosures, if any, shall be made by September 15, 2016.

26 IT IS HEREBY STIPULATED

Dated: June 3, 2016                                      KLEIN, DENATALE, GOLDNER,
                                                         COOPER, ROSENLIEB & KIMBALL, LLP

                                             By:    /s/ *Christopher E. Dominguez*
                                                    CHRISTOPHER E. DOMINGUEZ
                                                    Attorneys for SOCIETE D'EQUIPMENTS
                                                    INTERNATIONAUX NIGERIA, LTD.


Dated: June 3, 2016                          By:    /s/ *Ara G. Dolarian*_____
                                                    (as authorized on June 3, 2016)_____
                                                    ARA G. DOLARIAN
                                                    In Propria Persona

## **ORDER**

This Court has reviewed and considered the above stipulation among the parties. Based on the representations and the declaration submitted therewith, and for good cause shown, the Court now orders:

The Scheduling Order (Doc. 30) is hereby modified as follows:

1. The deadline for non-expert discovery shall be extended to August 15, 2015;

2. Expert disclosures, if any, shall be made by August 22, 2016; and

3. Supplemental Expert disclosures, if any, shall be made by September 15, 2016.

IT IS SO ORDERED.


Dated: _____           _____
                                        UNITED STATES MAGISTRATE JUDGE

3