# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD,<br><br>Plaintiff,<br><br>v.<br><br>DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN,<br><br>Defendants.<br>_____/ | Case No. 1:15-cv-01553-DAD-SKO<br><br>**ORDER SETTING DEPOSITIONS AND AMENDING SCHEDULING ORDER** |

On July 21, 2016, Christopher Gomez, Esq., appeared on behalf of Plaintiff Societe d'Equipments Internationaux Nigeria, Ltd., and Defendant Ara G. Dolarian appeared pro se on his own behalf for the Court's mid-discovery status conference. After discussing the current status of the case and pursuant to the parties' agreement, the Court hereby ORDERS as follows:

1. By no later than July 21, 2016, Plaintiff SHALL serve by email to Dolarian@Dolarian.com revised notices of Defendant Ara G. Dolarian's depositions, including both the deposition of Defendant personally and Defendant as the person most knowledgeable pursuant to the Rule 30(b)(6) for Dolarian Capital, Inc.;

2. The parties SHALL meet and confer by teleconference on Monday, July 25, 2016, at 10:00 a.m., regarding outstanding discovery issues;

3. Plaintiff Ara G. Dolarian SHALL appear on Thursday, August 25, 2016, at 10:00 a.m., at the agreed-upon location of the Fresno Office of Klein, DeNatale, Golder, for his duly noticed depositions and SHALL bring with him any relevant documents responsive to Plaintiff's

properly served subpoena duces tecum; and

   4. The Court's Scheduling Order SHALL be modified as follows:

     a. Non-Expert Discovery shall be completed by no later than August 25, 2016;

     b. Expert disclosures, if any, shall be made by August 15, 2016;

     c. Supplemental Expert disclosures, if any, shall be made by September 8, 2016; and

 These modifications do not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated: **July 21, 2016**       /s/ *Sheila K. Oberto*
               UNITED STATES MAGISTRATE JUDGE