ARA G. DOLARIAN
2525 West Sierra Avenue
Fresno, CA 93711
In Pro Per


FILED
JUL 22 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
J. HELLINGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD., <br><br> Plaintiff <br><br> vs. <br><br> DOLARIAN CAPITAL, INC., Defendant AND ARA G. DOLARIAN Defendant/ | Case No.1:15-CV-01553 SKO <br><br> STATEMENT OF UNDISPUTED FACTS AND EVIDENCE IN SUPPORT <br><br> Date: AUGUST 24, 2016 <br> Time: 9:15 A.M. <br> Court: 7 <br> Location: 2500 Tulare Street <br> Fresno CA 93721 |

Defendant Ara G. Dolarian submits his Statement of Undisputed Facts and evidence in support thereof:

| Undisputed Material Facts. | Evidence: |
|---|---|
| 1. Plaintiff and Defendant signed the Contract dated June 2014. | Dolarian Declaration ¶4. |
| 2. Paragraph 2 of the written contract (Exhibit B to Dolarian Declaration) provided that ". . . Buyer will cooperate with Seller and provide a valid executed acceptable End User Certificate and other documentation, if required by any Governmental Agency associated with this transaction." | Dolarian Declaration ¶8 <br> 22 CFR §123.1(b)(1). |

- 1

1. 3. The International Traffic in Arms Regulations (ITAR) control the export and import of defense-related articles and services on the U.S. Munitions List.

   Dolarian Declaration ¶5
   22 U.S.C. 2778 (Arms Export Control Act [AECA]) and 22 CFR 120 – 130).

2. 4. All of the articles that make up the goods of the written contract are listed on the U.S. Munitions List

   (Dolarian Declaration ¶ 5, and 22 CFR §121.1).

3. 5. Dolarian Capital, Inc. was licensed as a Broker as provided in 22 CFR 129.

   (Dolarian Declaration ¶ 3.US Department of State).

4. 6. Approval from the Directorate of Defense Trade Controls, U.S. Department of State is required to export or import a defense article (as defined in the U.S. Munitions List). Such approval is a license.

   Dolarian Declaration ¶ 5 ("Requirement for export or temporary import Licenses" 22 CFR 123.1)

5. 7. Plaintiff provided Dolarian Capital, Inc. an acceptable End User Certificates on or about July 6, 2015.

   Dolarian Declaration ¶ 9.

6. 8. Dolarian Capital, Inc. submitted a Request for approval to the US Department of State on July 13, 2015.

   Dolarian Declaration ¶ 9.

7. 9. The U.S. Department of State Returned Without Action to issue approval because the Government of Nigeria could not

-2

| | |
|---|---|
| 1  confirm the proposed brokering transaction. | Dolarian Declaration ¶9_. |
| 2 | Department of State letter Exhibit C |
| 3  10. The Deputy Director of the | |
| 4  Directorate of Defense Trade Controls | |
| 5  told Ara Dolarian that the reason a | |
| 6  license for the transaction was not issued as | |
| 7  the End User Certificates submitted by | |
| 8  Dolarian Capital, Inc. were not confirmed | |
| 9  by the Government of Nigeria. | Dolarian Declaration ¶ 10. |
| 10  11. Dolarian Capital, Inc. could not ship | |
| 11  any of the goods subject to the contract | |
| 12  until it received approval form the | Dolarian Declaration ¶ 11. |
| 13  U.S. Department of State. | 22 CFR §123.1. |
| 14  12. Dolarian Capital, Inc. received payment | |
| 15  in the sum of $4,998,700.00 on the written | |
| 16  contract on June 16, 2014 via wire transfer | |
| 17  from USBC, Hong Kong. Said payment was | |
| 18  sent by SK-SAWKI Limited, Hong Kong. | Dolarian Declaration ¶ 14. |
| 19  13. Dolarian Capital, Inc. received the | |
| 20  remainder of the consideration in the | |
| 21  second wire transfer in the sum of | |
| 22  $3,620,000.00 on September 9, 2014 | |
| 23  from plaintiff via Zenith Bank. | Dolarian Declaration ¶ 15). |
| 24  14. The funds were provided to plaintiff | |
| 25  by the Office of the National Security | |
| 26  Adviser for Nigeria. | Dolarian Declaration ¶ 13 and Exhibit D |
| 27 | attached thereto. |
| 28 | |

1 | 15. The funds provided by plaintiff to Dolarian Capital, Inc. were illegally transferred by the National Security Adviser from the Government of Nigeria.

Dolarian Declaration 13.
Request for Judicial Notice

16. The U.S. Department of Homeland Security seized the funds wire transferred by plaintiff to Dolarian Capital, Inc. from Dolarian Capital, Arthur Ave Consulting, Inc., and Martel 3D, LLC.

Dolarian Declaration ¶ 16

17. Dolarian Capital, Inc. does not have any of the funds provided by plaintiff.

Dolarian Declaration ¶ 16.

Dated: July 21, 2016.

Respectfully submitted,

ARA G DOLARIAN
2525 West Sierra Avenue
Fresno CA 93711

- 4

**PROOF OF SERVICE**
CCP " 1011, 1013, 1013a, 2015.5
FRCP 5(b)

STATE OF CALIFORNIA, COUNTY OF FRESNO:

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1284 W Shaw Ave, Suite 101, Fresno, California 93711.

On **July 22, 2016**, I served the document described as **Notice of Motion for Summary Judgment, Declaration of Ara Dolarian (with attachments), Request for Judicial Notice, and Points and Authorities in Support of Summary Judgment** on the interested parties in this action ___x___ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list: ___ by placing ___ the original ___x___ a true copy thereof enclosed in sealed envelopes addressed as follows:

Christopher Dominguez
Klein Denatale
5260 N. Palm Ave
Fresno, CA 93711

___ BY MAIL ___ I deposited such envelope in the mail at Fresno, California. The envelope was mailed with postage thereon fully prepaid.

___ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Fresno, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_xx_ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee as set forth above.

___ (BY FAX) I caused the above-referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

___ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

Executed on **July 22, 2016**, at Fresno, California.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Myron F. Smith