# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN, <br><br> Defendants. | Case No. 1:15-cv-01553-DAD-SKO <br><br> **ORDER FOLLOWING INFORMAL DISCOVERY DISPUTE CONFERENCE** |

On August 11, 2016, the parties appeared telephonically for an informal discovery dispute conference. Christopher Dominguez, Esq., and Jeff Warren, Esq., appeared on behalf of Plaintiff Societe d'Equipments Internationaux Nigeria, Ltd. ("Plaintiff"), and Defendant Ara G. Dolarian ("Defendant Dolarian") appeared *in propria persona*. After reviewing the parties' submissions and hearing the parties' arguments, the Court hereby ORDERS as follows:

1. Defendant Dolarian SHALL appear on Monday, August 15, 2016, at 9:30 a.m., at the agreed-upon location of the Fresno Office of Klein, DeNatale, Golder, for his duly-noticed deposition and SHALL bring with him any relevant documents responsive to Plaintiff's properly served subpoena duces tecum;

2. Defendant Dolarian SHALL serve an amended notice of deposition on Plaintiff that describes "with reasonable particularity the matters for examination" in compliance with Fed. R. Civ. P. 30(b)(6). Defendant's amended notice of deposition shall set the location of the deposition

in Prague, Czech Republic, and the date of the deposition for September 5, 2016, or another date on which the parties mutually agree.

      3.      The parties are satisfied that Defendant Dolarian has produced all responsive documents to the following requests by Plaintiff:

- Defendant Dolarian Capital, Inc.'s Articles of Incorporation;
- Defendant Dolarian Capital, Inc.'s Bylaws;
- All minutes of shareholder meetings for Defendant Dolarian Capital, Inc.; and
- All minutes of board of directors meetings for Defendant Dolarian Capital, Inc.

Defendant Dolarian represents there are no documents within his possession, custody, or control that are responsive to Plaintiff's request for "[a]ny contracts [Defendant] Dolarian Capital, Inc. entered into with any suppliers for fulfillment of its contract with [Plaintiff]." (*See* Plaintiff's First Request for Production of Documents to Defendant, served March 25, 2016, Request for Production No. 7.) No further response by Defendant Dolarian to these requests is required at this time.

      4.      By no later than August 26, 2016, Defendant Dolarian SHALL produce all previously-unproduced documents within his possession, custody, or control, that are responsive to Plaintiff's requests for Defendant Dolarian's and Defendant Dolarian Capital, Inc.'s communications with the United States Government, which are set out in Request for Production Nos. 1 and 13 of Plaintiff's Requests for Production from Plaintiff's First Request for Production of Documents to Defendant, served March 25, 2016.

      5.      By no later than August 26, 2016, Defendant Dolarian SHALL supplement his responses to Special Interrogatory Nos. 1-3 of Plaintiff's Special Interrogatories served March 25, 2016, in accordance with Fed. R. Civ. P. 26(e).

      6.      By no later than August 15, 2016, Defendant Dolarian SHALL file a Notice of Change of Address that sets forth his correct address for the service of case documents.

//

//

//

7. Under the Court's Scheduling Order, the deadline for non-expert discovery is August 25, 2016. (Doc. 44.) In order to facilitate compliance with the present Order, the parties are hereby GRANTED LEAVE to complete the discovery specified above after the expiration of the non-expert discovery deadline. **Leave is given for the <u>sole purpose</u> of ensuring compliance with this Order and is limited only to the discovery specified above.**

IT IS SO ORDERED.

Dated:   **August 12, 2016**                            /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE