# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD, <br><br> Plaintiff, <br><br> v. <br><br> DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN, <br><br> Defendants. | Case No. 1:15-cv-01553-DAD-SKO <br><br> **ORDER FOR SUPPLEMENTAL FILING** <br><br> (Doc. 63) |

Before the Court is Plaintiff's Notice of Motion and Motion for Entry of Order for Civil Contempt and Sanctions (the "Motion"). (Doc. 63.) In its briefing in support of the Motion, Plaintiff requests $2,896.40 for "roundtrip airfare," $604.28 for "hotel," $8,320 in attorneys' fees at a rate of $325 per hour for "travel time and pre-departure preparation," and $1,592.50 in attorneys' fees "incurred in preparing" the Motion. (Doc. 63, Ex. 1 at 3–4.) The Court notes, however, that Plaintiff have not provided sufficient detail to support its requests for attorneys' fees. (*See* Doc. 63; *id.*, Exs. 1–2.)

Accordingly, the Court ORDERS Plaintiff to file an affidavit in support of its requests for attorneys' fees in the Motion by no later than Friday, October 14, 2016. This affidavit shall "state the number of hours worked on each task, the hourly rate of each person" who prepared the Motion and its accompanying materials, "and a showing that the hourly rates claimed are justified." *Albee v. Cont'l Tire N. Am., Inc.*, 780 F. Supp. 2d 1005, 1013 (E.D. Cal. 2011).

In light of the foregoing and pursuant to Local Rule 230(g), the Court VACATES the hearing on the Motion set for Wednesday, October 12, 2016. The Court reserves the right to reset the hearing at a later date if it determines oral argument is necessary.

IT IS SO ORDERED.

Dated:   **October 7, 2016**                            /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

2