# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD, | Case No. 1:15-cv-01553-DAD-SKO |
| Plaintiff, | **ORDER REGARDING FILING OF NOTICE OF WAIVER** |
| v. | |
| DOLARIAN CAPITAL, INC., and ARA G. DOLARIAN, | |
| Defendants. | |

The Court is scheduled to hold a settlement conference in this matter on January 12, 2017. The Court DIRECTS the parties to file the attached notice of waiver regarding the disqualification of the undersigned to conduct the settlement conference in this matter, if they so choose, by no later than December 30, 2016. *See* Local Rule 270(b). If the parties do not file this notice by December 30, 2016, the settlement conference may be continued and re-scheduled before another judicial officer.

IT IS SO ORDERED.

Dated: __**December 16, 2016**__                    /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE