# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD, <br><br>Plaintiff, <br><br>v. <br><br>DOLARIAN CAPITAL, INC., et al., <br><br>Defendants. | Case No. 1:15-cv-01553-DAD-SKO <br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO MARCH 6, 2017, AND REQUIRING THE PARTIES TO ADDRESS WHETHER SETTLEMENT DISCUSSIONS WILL INCLUDE DOLARIAN CAPITAL, INC. <br><br>DEADLINE: FEBRUARY 17, 2017 |

Due to conflicts with the Court's calendar, the settlement conference in this matter shall be continued from February 14, 2017, to March 6, 2017, at 10:00 am. before Magistrate Judge Stanley A. Boone at the United States District Court, 2500 Tulare Street, Fresno, California.

Additionally, upon review of the docket in this action, the Court notes that Dolarian Capital, Inc. is not represented by counsel in this action. Local Rule 183 provides that "[a] corporation or other entity may appear only by an attorney." See also U.S. v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (citing Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201–02 (1993) (recognizing that a corporation is not permitted to appear in federal courts unless it is represented by counsel)). Since Dolarian Capital cannot proceed in this action pro se, the parties shall inform the Court whether the settlement conference in this action will be proceeding solely as to the individual

1

defendants. If the settlement discussion will include Dolarian Capital, the corporation shall file a notice of attorney appearance on or before February 17, 2017.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference in this action is CONTINUED from February 14, 2017, to **March 6, 2017, at 10:00 a.m.** before Magistrate Judge Stanley A. Boone;

2. The parties shall file a joint settlement statement seven (7) days prior to the scheduled date; and

3. **On or before February 17, 2017**, the parties shall file a notice that the settlement in this action is proceeding solely with the individual defendants or Dolarian Capital shall file a notice of attorney appearance.

IT IS SO ORDERED.

Dated: __**January 20, 2017**__

UNITED STATES MAGISTRATE JUDGE