# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD,<br><br>Plaintiff,<br><br>v.<br><br>DOLARIAN CAPITAL, INC., et al.,<br><br>Defendants. | Case No. 1:15-cv-01553-DAD-SKO<br><br>ORDER REQUIRING PARTIES TO SUBMIT INDIVIDUAL SETTLEMENT CONFERENCE STATEMENTS BY NOON ON MARCH 2, 2017 |

On January 20, 2017, an order issued continuing the settlement conference in this action to March 6, 2017. The parties were ordered to submit confidential settlement statements and inform the Court whether the defaulting Defendant Dolarian Capital would be included in the settlement discussions. The parties submitted a joint settlement statement and did not address whether Dolarian Captial would be included in the settlement discussions, however, the Court notes that a substitution of attorney form has been filed by Dolarian Capital.

The Court finds that the joint settlement statement submitted by the parties is not helpful in that it does not address the claims or the parties that are to be included in the settlement discussions and the party's position on settlement. The Court shall require the parties to file individual settlement statements to address these issues. Based upon a review of the confidential settlement conference statements the Court will determine whether it would be fruitful to

1

proceed with a settlement conference in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Each party shall submit a confidential settlement conference statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov by **noon on March 2, 2017**. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a notice of Lodging of settlement conference statement.

2. The confidential settlement conference statement shall address:
   a. A description of the claims that are to be settled.
   b. Whether discussions will include Dolarian Capital.
   c. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands, **including what they are willing to offer and willing to accept to settle the matter**.

IT IS SO ORDERED.

Dated:   **March 1, 2017**

UNITED STATES MAGISTRATE JUDGE