# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIETE D'EQUIPMENTS INTERNATIONAUX NIGERIA, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>DOLARIAN CAPITAL, INC. et al.,<br><br>Defendants. | Case No.  1:15-cv-01553-DAD-SKO<br><br>ORDER VACATING MARCH 6, 2017 SETTLEMENT CONFERENCE |

Currently a settlement conference is set in this action for March 6, 2017, before the undersigned.  The Court has received and reviewed the parties' settlement statements and their respective positions on settlement.  Due to pressing court business, the Court declines to expend time in engaging in a futile attempt to settle this action.  At this time, the Court concludes that a settlement conference would be futile and the settlement conference shall be vacated.

Accordingly, IT IS HEREBY ORDERED that the settlement conference on March 6, 2017, at 10:00 a.m., in Courtroom 9 is VACATED and the parties are not required to appear at that time.

IT IS SO ORDERED.

Dated:   **March 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1